AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Weinstein, Jack B. | USDC-Eastern District of NY | 06/27/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

225 Cadman Plaza East
Brooklyn, N.Y. 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | TIAA Retirement Plans |
| 2. 1998 | New York State Retirement Plans |
| 3. 2000 | New York State Savings Plan Schooling (2) |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 06/27/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Royalties | $1,835.00 |
| 2. 2012 | Teachers Ins & Annuity Pensions | $12,235.00 |
| 3. 2012 | NY State Retirement System Pension | $8,925.00 |
| 4. 2012 | Judicial Retiree & Survivors | $158,851.00 |
| 5. 2012 | Stein Prize | $5,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 06/27/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 06/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smith Barney cash | A | Interest | | | Sold | 01/01/12 | J | A | |
| 2. NYST dorm auth lease - 07/01/25 | A | Interest | | | Sold | 07/02/12 | J | A | |
| 3. NYS enviro facs corp-6/15/24 | A | Interest | | | Sold | 04/03/12 | K | A | |
| 4. NYS Twy Auth Gen rev ser-g 1/1/26 | A | Interest | | | Sold | 04/03/12 | K | A | |
| 5. Metropolitan transn auth ny - 11/15/28 | A | Interest | J | T | Buy | 03/09/12 | J | | |
| 6. Metropolitan Transn auth ny - 11/15/27 | A | Interest | | | Sold | 06/27/12 | J | A | |
| 7. NY ny city mun fin auth wtr swr svs - 6/15/33 | A | Interest | J | T | Buy | 05/08/12 | J | | |
| 8. NY ny city mun fin auth wtr swr sys - 6/15/33 | A | Interest | | | Sold | 06/28/12 | J | A | |
| 9. NYS Dorm Auth lease - 12/15/35 | A | Interest | | | Buy | 05/08/12 | K | | |
| 10. NYS dorm auth lease - 12/15/35 | A | Interest | | | Sold | 06/05/12 | K | A | |
| 11. NYS dorm auth lease rev - 7/1/25 | A | Interest | | | Sold | 07/02/12 | J | A | |
| 12. Smithtown NY cent sch dist 8/1/15 | A | Interest | | | Sold | 08/01/12 | J | A | |
| 13. Dutchess Cnty NY indi dev agy 7/1/20 | A | Interest | | | Sold | 07/02/12 | J | A | |
| 14. Metropolitan trans au ny svc - 1/1/24 | A | Interest | | | Sold | 07/02/12 | J | A | |
| 15. Paragon coml bk releigh nc-CD - 4/8/15 | B | Interest | | | Sold | 02/08/12 | K | A | |
| 16. Triborough brdg & tunl auth ny 1/1/27 Smith Barney | A | Interest | | | Sold | 01/03/12 | J | A | |
| 17. Morgan Stanley bank na | A | Interest | | | Sold | 01/01/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 06/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo bank deposit sweep | A | Interest | | | Sold | 09/06/12 | J | A | |
| 19. Wells Fargo bank deposit sweep | A | Interest | L | T | | | | | |
| 20. AT&T Inc | A | Dividend | | | Sold | 10/04/12 | K | A | |
| 21. AT&T Inc | B | Dividend | K | T | Buy | 01/31/12 | K | | |
| 22. AT&T Inc | B | Dividend | K | T | Buy | 02/17/12 | K | | |
| 23. Atlas Pipeline Partners | A | Dividend | J | T | | | | | |
| 24. Bed Bath & Beyond inc | A | Dividend | J | T | Buy | 10/04/12 | J | | |
| 25. Buckeye Partners lp | B | Dividend | J | T | | | | | |
| 26. CBRE Group inc class A | A | Dividend | K | T | Buy | 10/17/12 | K | | |
| 27. Conocophillips | A | Dividend | K | T | Buy | 09/13/12 | K | | |
| 28. Dunkin Brands GRP inc | A | Dividend | K | T | Buy | 10/17/12 | K | | |
| 29. Kellogg comopany | A | Dividend | J | T | Buy | 01/31/12 | J | | |
| 30. Starwood Hotels & Resort | A | Dividend | K | T | Buy | 10/17/12 | K | | |
| 31. Verizon communications com | C | Dividend | L | T | Buy | 01/23/12 | K | | |
| 32. Verizon communications com | C | Dividend | L | T | Buy | 02/13/12 | K | | |
| 33. Verizon communications com | C | Dividend | L | T | Buy | 01/17/12 | K | | |
| 34. Wynn Resorts LTD | A | Dividend | K | T | Buy | 10/17/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 06/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Clean Harbors Inc | A | Interest | | | Sold | 02/17/12 | K | A | |
| 36. NY community bancorp | A | Dividend | | | Sold | 10/04/12 | J | A | |
| 37. Sonoco Logistics partner | A | Interest | | | Sold | 02/17/12 | K | A | |
| 38. Sysco corporation | A | Interest | | | Sold | 08/22/12 | K | A | |
| 39. Western Gas partners LP | A | Interest | | | Sold | 03/12/12 | K | A | |
| 40. caterpillar finl 2/17/14 | A | Interest | J | T | | | | | |
| 41. Sonoco inc - 10/15/14 | A | Interest | | | Sold | 05/07/12 | J | A | |
| 42. Sunoco inc - 10/15/2014 | A | Interest | K | T | | | | | |
| 43. Morgan Stanley - 1/26/15 | A | Interest | J | T | | | | | |
| 44. JP Morgan chase & co - 10/1/15 | B | Interest | K | T | | | | | |
| 45. Kaybank natl assn - 3/3/16 | A | Interest | K | T | | | | | |
| 46. Goldman Sachs group inc - 1/15/17 | B | Interest | K | T | | | | | |
| 47. JP Morgan chase & co - 6/27/17 | A | Interest | K | T | | | | | |
| 48. Chesapeake energy corp senior note due 8/15/17 | A | Interest | | | Buy | 02/17/12 | J | | |
| 49. Chesapeake energy corp senior note due 8/15/17 | A | Interest | | | Sold | 05/07/12 | J | A | |
| 50. General electric cap corp - 9/15/17 | B | Interest | K | T | | | | | |
| 51. Walt Disney company 12/15/17 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 06/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Target corp 1/15/18 | A | Interest | J | T | | | | | |
| 53. Verizon communications 2/15/18 | A | Interest | J | T | | | | | |
| 54. Archer Daniels 3/15/18 | A | Interest | J | T | | | | | |
| 55. Berkshire Hathaway fin - 5/15/18 | B | Interest | K | T | | | | | |
| 56. Viacom inc cbs - 5/15/18 | A | Interest | | | Sold | 05/07/12 | K | A | |
| 57. Metlife inc - 8/15/18 | A | Interest | J | T | | | | | |
| 58. Vanderbilt university 4/1/19 | A | Interest | J | T | | | | | |
| 59. Buckeye partners lp due 8/15/19 | B | Interest | K | T | Buy | 08/17/12 | K | | |
| 60. Safeway inc due 8/15/19 | B | Interest | K | T | Buy | 08/17/12 | K | | |
| 61. Alcoa inc due 8/15/20 | B | Interest | K | T | Buy | 02/24/12 | K | | |
| 62. Alcoa inc due 8/15/20 | B | Interest | K | T | Buy | 03/12/12 | K | | |
| 63. Energy corp due 9/15/20 | A | Interest | J | T | Buy | 02/13/12 | J | | |
| 64. Hewlett-Packard co due 12/9/21 | B | Interest | K | T | Buy | 08/17/12 | K | | |
| 65. Hewlett-Packard co due 12/9/21 | B | Interest | K | T | Buy | 10/17/12 | K | | |
| 66. Raymond Janes fin senior note due 4/1/24 | A | Interest | K | T | Buy | 10/17/12 | K | | |
| 67. Morgan Stanley multi step callable notes 6/11/25 change name | C | Interest | | | Sold | 05/07/12 | L | A | |
| 68. Morgan Stanley multi step callable notes 6/11/25 change name | C | Interest | | | Sold | 12/11/12 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 06/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Tenn Valley auth 11/1/17 | A | Interest | | | Sold | 02/24/12 | L | A | |
| 70. Tenn Valley auth 11/1/17 | A | Interest | | | Sold | 05/07/12 | L | A | |
| 71. Baltimore MD taxable due 10/15/26 | A | Interest | K | T | | | | | |
| 72. Baltimore MD taxable due 10/15/26 | A | Interest | K | T | | | | | |
| 73. Capital One Bank 1/23/13 | A | Interest | J | T | | | | | |
| 74. Key bank natl assn Ohio cd 8/14/12 | C | Interest | | | Sold | 08/14/12 | L | A | |
| 75. Discover bank greenwood cd 4/29/13 | A | Interest | K | T | | | | | |
| 76. Goldman Sachs bank 10/22/13 | C | Interest | L | T | | | | | |
| 77. Paragon coml bk raleigh nc - 4/18/15 | A | Interest | | | Sold | 02/08/12 | J | A | |
| 78. Doral bk catano - 5/21/15 | A | Interest | | | Sold | 10/17/12 | M | A | |
| 79. Goldman Sachs bank 1/14/19 | B | Interest | K | T | | | | | |
| 80. American Express bank 3/18/19 | A | Interest | K | T | | | | | |
| 81. Cit bank salt lake city 4/15/19 | C | Interest | M | T | | | | | |
| 82. Cit bank salt lake city 4/15/19 | B | Interest | K | T | | | | | |
| 83. GE Capital financial inc 5/28/19 | C | Interest | L | T | | | | | |
| 84. hsbc bank usa 7/31/19 | C | Interest | M | T | | | | | |
| 85. Toyota finl svgs bk hend 10/23/19 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Hometrust bank clyde nc 8/26/21 | A | Interest | K | T | | | | | |
| 87. Bp capital market plc - 5/8/14 | A | Interest | K | T | | | | | |
| 88. Barclays bank plc - 9/22/16 | B | Interest | K | T | | | | | |
| 89. Credit Suisse - 1/14/20 | B | Interest | K | T | | | | | |
| 90. Anglogold holdings PLC due 4/15/20 | B | Interest | K | T | Buy | 08/17/12 | K | | |
| 91. Lloyd TSB bank due 1/21/21 | B | Interest | K | T | | | | | |
| 92. Virtus opportunities TR premium | A | Interest | K | T | | | | | |
| 93. jp morgan/washington mutual 1/30/12 | A | Interest | | | Sold | 01/30/12 | J | A | |
| 94. Paragon coml bk raleigh nc 4/8/15 | A | Interest | | | Sold | 02/08/12 | K | A | |
| 95. Wells Fargo bank deposit sweep | A | Interest | | | Sold | 12/17/12 | K | A | |
| 96. Freeport NY genl oblig ser-a 1/15/23 | A | Interest | J | T | | | | | |
| 97. New York NY genl oblig ser-1 3/1/24 | A | Interest | J | T | | | | | |
| 98. New York NY genl oblig ser-1 3/1/22 | A | Interest | J | T | | | | | |
| 99. New York st muni bond bank agy 12/1/23 | A | Interest | J | T | | | | | |
| 100. New York NY city mun wtr fin auth 6/15/22 | A | Interest | J | T | | | | | |
| 101. New York st dorm auth rev aid long 11/1/15 | A | Interest | J | T | | | | | |
| 102. Tarrytowns ny union free sch dist 1/15/17 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 06/27/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. New York st dorm auth rochester ser-a 7/1/23 | A | Interest | J | T | | | | | |
| 104. New York st environmental facs 12/15/20 | A | Interest | J | T | | | | | |
| 105. New York ny city genl oblig ser a 8/1/21 | A | Interest | K | T | | | | | |
| 106. New York ny city genl oblig ser a 8/1/21 | A | Interest | K | T | | | | | |
| 107. Rockland co ny various purposes 8/15/21 | A | Interest | J | T | | | | | |
| 108. Buffalo ny fiscal stability auth 9/1/21 | A | Interest | J | T | | | | | |
| 109. Brookhaven ny open space preservation 11/1/21 | A | Interest | J | T | | | | | |
| 110. Suffolk co ny pub impt serial ser-a 5/15/22 | A | Interest | J | T | | | | | |
| 111. Florida st Brd Ed Pub - 6/1/22 | A | Interest | J | T | | | | | |
| 112. Metropolitan trans auth ny ser-a 11/15/12 | A | Interest | | | Buy | 09/10/12 | J | | |
| 113. Metropolitan trans auth ny ser-a 11/15/12 | A | Interest | | | Sold | 11/15/12 | J | A | |
| 114. Metropolitan trans auth ny ser-a 11/15/22 | A | Interest | | | Sold | 11/15/12 | J | A | |
| 115. New York ny city mun wtr fin auth 6/15/22 | A | Interest | J | T | Buy | 09/10/12 | J | | |
| 116. Long Island power auth ny 12/1/22 | A | Interest | K | T | | | | | |
| 117. New york st envir facs corp st clean 6/15/23 | A | Interest | J | T | | | | | |
| 118. New York st envir facs corp st clean 6/15/23 | A | Interest | J | T | | | | | |
| 119. New York ny city genl obllig ser-n 8/1/23 | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 06/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. New York st enviro facs corp st 6/15/24 | A | Interest | K | T | | | | | |
| 121. New York st dorm au memorial sloan 7/1/24 | A | Interest | J | T | | | | | |
| 122. New York ny city genl oblig ser-b 8/1/24 | A | Interest | J | T | | | | | |
| 123. New York st environmental facs 6/15/25 | A | Interest | K | T | | | | | |
| 124. New York Genl oblig - 10/1/25 | A | Interest | J | T | | | | | |
| 125. Metropolitan transn auth ny ser a - 11/15/25 | A | Interest | K | T | | | | | |
| 126. Metropolitan transn auth ny ser-old 11/15/25 | A | Interest | J | T | | | | | |
| 127. New York st twy auth gen rev ser-g 1/1/26 | B | Interest | K | T | | | | | |
| 128. New York st twy auth st pers income 3/15/26 | A | Interest | K | T | | | | | |
| 129. New York st twy auth st pers income 3/15/26 | A | Interest | K | T | | | | | |
| 130. New York city muni wtr fin auth 6/15/28 | A | Interest | J | T | | | | | |
| 131. New York st dorm auth revs 7/1/28 | A | Interest | J | T | | | | | |
| 132. NY ny city transitional fin auth bldg due 1/15/31 | B | Interest | K | T | Buy | 05/08/12 | K | | |
| 133. New York st dorm auth pers income 12/15/26 | A | Interest | K | T | | | | | |
| 134. NY dorm auth rev due 2/15/27 | A | Interest | K | T | | | | | |
| 135. New York city genl oblig fisca ser-g 8/1/27 | A | Interest | K | T | | | | | |
| 136. Port Auth NY & NJ due 10/15/31 | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 06/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. NYS Dorm duth due 11/1/31 | B | Interest | K | T | | | | | |
| 138. NYS Dorm auth due 11/1/31 | B | Interest | K | T | | | | | |
| 139. Metropolitan transn auth NY due 11/15/32 | A | Interest | J | T | Buy | 02/13/12 | J | | |
| 140. NY St environmental fcs corp due 6/15/33 | A | Interest | K | T | Buy | 02/13/12 | K | | |
| 141. NY Dorm auth revs due 7/1/33 | A | Interest | J | T | Buy | 02/13/12 | J | | |
| 142. Triborough brdg & tunl auth 11/15/33 | B | Interest | K | T | Buy | 05/08/12 | K | | |
| 143. Metropolitan transn auth ny rev due 11/15/34 | A | Interest | K | T | Buy | 01/23/12 | K | | |
| 144. NYS Dorm auth st pers inc tax due 12/15/35 | A | Interest | J | T | Buy | 05/08/12 | J | | |
| 145. New York ny city tfa rev futu re tax 11/1/27 | A | Interest | | | Sold | 11/02/12 | J | A | |
| 146. Metropolitan trans auth ny trans 11/15/27 | A | Interest | | | Sold | 11/15/12 | J | A | |
| 147. Metropolitan transn auth ny dedicated 11/15/28 | A | Interest | | | Sold | 11/15/12 | J | A | |
| 148. Triborough brdg & tunl auth 11/15/18 | A | Interest | | | Sold | 11/15/12 | J | A | |
| 149. Metropolitan transn auth ny 11/15/28 | A | Interest | | | Sold | 11/15/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 06/27/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jack B. Weinstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544